# Exhibit B

**Organigramm**
**GLOCK Beteiligungen USA**

