UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK,<br>    Plaintiff,<br><br>            v.<br><br>GASTON GLOCK SR., *et al.*<br><br>    Defendants. | No. 1:14-CV-3249-TWT |

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT**

(1)    *The undersigned counsel of record for Plaintiff in this action certifies that the following is a full and complete list of all parties in this action, including any currently-known parent corporation and any publicly held corporation that owns 10% of more of the stock of a party:*

Helga Glock
Gaston Glock Sr.
Glock Ges.m.b.H.
Glock, Inc.
Glock America N.V.
Glock (HK) Ltd.
Glock *Privatstiftung*
Value *Privatstiftung*
CON Holding Ges.m.b.H.
Consultinvest, Inc.
Stephan Doerler
Charles M.J. Ewert
Fitox A.G.
INC Holding Ges.m.b.H.
Joerg-Andreas Lohr
Lohr+Company G.m.b.H.
Peter S. Manown

1

Johann Quendler
Rochus G.m.b.H.
Karl Walter
Hubert Willam

None of the above-listed entities is 10% or more owned by any publicly-held corporation.

  (2) *The undersigned further certifies that the following is a full and complete list of all other currently-known persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:*

Base Technical Engineers Limited
BIA America, Inc.
Blackland Holdings, Inc.
Cofer, Beauchamp & Butler
Eaglesmith Partners, Inc.
Fire Arms Insurance Registry, Ltd.
Glendale Terrace, Inc.
Kathrin Glock
Glock Horse Performance Center (Netherlands)
Glock Horse Performance Center (Treffen, Austria)
Heidi Hein
Langford de Kock & Co.
Minami Enterprises Limited
Reofin International S.A.
Selpro Limited
Summit National Bank
Taziria A.V.V.
Miroslava Torres-Young
Unipatent Holding S.A.
United European Finance, Ltd.
Vinings Cove Holdings, Inc.
Warwick International Ltd.

(3) *The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:*

John Da Grosa Smith, Esq.
SMITH HORVATH LLC
1320 Ellsworth Industrial Blvd.
Suite A1000
Atlanta, GA 30318

Submitted this
9th day of October 2014.

_____
John Da Grosa Smith, Esq.
jdsmith@smithhorvath.com
Georgia Bar No. 660946

SMITH HORVATH LLC
1320 Ellsworth Industrial Blvd.
Suite A1000
Atlanta, GA 30318
Tel: 404-605-9680
Fax: 404-935-5226

*Attorney for Plaintiff Helga Glock*