UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK<br>    Plaintiff,<br>           v.<br>GASTON GLOCK SR., *et al.*,<br>    Defendants. | No. 1:14-CV-3249-TWT |

## NOTICE OF FILING

Plaintiff Helga Glock hereby gives notice of filing summonses issued to the following Defendants:

- Charles M. Ewert;
- Fitox A.G.; and
- Rochus G.m.b.H.

This 28th day of October 2014

/s/ John Da Grosa Smith
John Da Grosa Smith
jdsmith@smithhorvath.com
Georgia Bar No. 660946

SMITH HORVATH LLC
1320 Ellsworth Industrial Blvd.
Suite A1000
Atlanta GA 30318
Tel: 404-605-9680
Fax: 404-935-5226

*Counsel for Plaintiff Helga Glock*