## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-cv-03249-TWT |
| GASTON GLOCK SR., et al, ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendants. ) | |

### ORDER

The parties having STIPULATED AND AGREED, and for good cause shown, the Court hereby GRANTS defendant Hubert Willam's Stipulated Motion To Extend Deadline For Willam to Answer or Otherwise Respond to the Complaint and orders as follows:

1. Defendant Hubert Willam's time to answer or otherwise respond to the Complaint shall be extended from Monday, December 8, 2014 through and including Monday, February 9, 2015.

2. Nothing in this Order modifies or suspends any other deadline under the Federal Rules of Civil Procedure or the Local Rules of this Court.

3.      Neither Plaintiff nor Willam waive their right to seek from each other or the Court additional adjournments or extensions of the above deadlines; and the entry into this agreement and submission of this stipulation shall not waive, and those parties expressly preserve, all rights, claims, and defenses, including, without limitation, any and all defenses relating to service, jurisdiction, venue, and arbitrability.

4.      The parties stipulate and agree that the deadline for Plaintiff to respond to any motion filed by Willam will be extended by an equal amount of time.

THEREFORE, for good cause show, the Stipulated Motion for Extension of Time is GRANTED.

SO ORDERED, this 5th day of December 2014.


/s/Thomas W. Thrash
Thomas W. Thrash
United States District Court Judge