# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-cv-03249-TWT |
| GASTON GLOCK SR., et al, ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR USE OF ELECTRONIC EQUIPMENT

It is hereby **ORDERED** that staff for Defendants (Lindsey Harrison, Melissa Tillitski and Gary Cox) may bring and use laptop computers (2), ELMO visualizer (1), external hard drive (1), laser pointer (1), wireless internet card (1), and other electronic equipment, cables, computer accessories into the courthouse on Monday, January 26 at 2:00 p.m. (for the purpose of testing and training) and Tuesday, January 27 in conjunction with the hearing before Judge Thomas W. Thrash, Jr. beginning at 2:00 p.m. in courtroom 2108. Said equipment may be brought into the courthouse in advance of the hearing beginning at 1:00 p.m.

Said equipment shall be subject to inspection. Proper identification will be required upon entering the security station on the Plaza or Lower Plaza Level.

1254044.1

Proper identification will be required of the above name individuals upon entering the security station on the Plaza or Lower Plaza Level.  This order shall be effective until completion of proceedings.

**IT IS SO ORDERED** this 23rd  day of January, 2015.

<div style="margin-left: 2em;">
/s/Thomas W. Thrash  
THE HONORABLE THOMAS W. THRASH, JR.  
UNITED STATES DISTRICT COURT JUDGE
</div>