# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GASTON GLOCK SR., et al.,<br><br>　　　　Defendants. | Civil Action No. 1:14-cv-03249-TWT |

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) – FOR SERVICE OF PROCESS UPON <u>GLOCK PRIVATSTIFTUNG</u>

**To the Judicial Authorities of the Republic of Austria:**

The United States District Court for the Northern District of Georgia, Atlanta Division, presents its greetings and compliments to the judicial authorities in the Republic of Austria, and respectfully requests judicial assistance to effect service of process in connection with a civil proceeding currently pending before this Court.

## NATURE AND PURPOSE OF THE PROCEEDINGS

In her complaint filed on October 9, 2014, Plaintiff Helga Glock ("Ms. Glock") alleges among other things that:

1) Defendants engaged in various fraudulent and illegal conduct for the purpose of taking money from Ms. Glock and injuring her.

2) Defendants stole and laundered money using a tangled web of fictive legal relationships, offshore business entities, and international financial transactions in violation of the Federal and Georgia RICO acts.

3) Defendants implemented a scheme whose goal was to siphon, divert, and hide monies and assets away from the view and reach of Ms. Glock.

4) Defendants documented pretextual corporate acts, titles, contracts, and legal relationships by issuing and paying sham invoices for transactions without economic substance and created "dummy" corporate entities and structures which lacked any valid business purpose.

5) Defendants violated criminal laws prohibiting the transmission or receipt of stolen goods; theft by taking; theft by deception; theft by conversion; theft by receiving stolen property; forgery; mail fraud; wire fraud; money laundering and engaging in monetary transactions using property derived from specified unlawful activities; and racketeering.

Plaintiff is asking the Court to hold Defendants to account, in compensatory and punitive damages, attorneys' fees and costs, and other relief, because of the harm caused to her by reason of these alleged acts by Defendants.

It has been represented to this Court that Defendant Glock Privatstiftung may be served at the following address:

GLOCK PRIVATSTIFTUNG
Klagenfurter Strasse 32a und 32b
9220 Velden am Wörthersee
AUSTRIA

### ASSISTANCE REQUESTED

The Court respectfully requests that you:

1.     Cause one copy of the *Summons in a Civil Action, Civil Cover Sheet, Certificate of Interested Persons and Corporate Disclosure Statement* and *Complaint*, along with their Austrian court-certified German translations, to be served upon Defendant Glock Privatstiftung.

2.     Cause the person who serves the documents upon the Defendant to execute an affidavit of service as provided by Austrian law; and

3.     Return to Plaintiff's international litigation support firm, Legal Language Services, through diplomatic channels, the affidavit of service along with a copy of the documents that were served.

The courts of the United States are authorized by statute, Section 1696, Title 28, United States Code, to extend similar assistance to the Tribunals of Austria in like cases. This Court extends to the judicial authorities of Austria assurances of its highest consideration.

Dated this __13__ day of February 2015

_Thomas W. Thrash_
The Honorable Thomas W. Thrash
United States District Court
Northern District of Georgia
2188 Richard B. Russell Federal Building
   and Courthouse
75 Spring Street S.W.
Atlanta, Georgia 30303-3309
United States of America
Tel. 1.404.215.1550



SEAL OF THE COURT