EXHIBIT

A

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

HELGA GLOCK, )
)
      Plaintiff, )
)
v. )    Civil Action No.
)    1:14-cv-03249-TWT
GASTON GLOCK SR., et al, )
)
      Defendants. )

## AFFIDAVIT OF CARLOS GUEVARA

STATE OF GEORGIA    )
) ss.
COUNTY OF COBB    )

Carlos Guevara, being duly sworn, declares:

1.      I am a Vice-President, and the Secretary and General Counsel of Glock, Inc., and the Secretary of Consultinvest, Inc. I am personally familiar with the matters set forth herein.

2.      Gaston Glock, Sr. ("Mr. Glock") is not currently an officer or director of Glock, Inc.

3.      Mr. Glock has not been an officer or director of Glock, Inc. since May 24, 2003.

4.      Mr. Glock is not currently responsible for managing, running or supervising the day-to-day operations of Glock, Inc.

5.      Mr. Glock has not had that responsibility since May 24, 2003.

6.      Mr. Glock is not currently, and has never been, an officer or director of Consultinvest, Inc.

7.      Mr. Glock is not currently, and has never been, responsible for managing, running or supervising the day-to-day operations of Consultinvest, Inc.

8.      Mr. Glock has not visited Glock, Inc.'s premises in Atlanta since at least 2008.

9.      Mr. Glock has not visited Consultinvest, Inc.'s premises in Atlanta since at least 2008.

10.     Neither Glock, Inc. nor Consultinvest, Inc. has the right, ability, power, or authority to compel Mr. Glock to submit to a deposition on their behalf.

FURTHER AFFIANT SAYETH NAUGHT

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 27, 2015

_____
Carlos Guevara