# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. |
| ) | 1:14-cv-03249-TWT |
| GASTON GLOCK SR., ) | |
| GLOCK GES.M.B.H., ) | **JURY TRIAL DEMANDED** |
| GLOCK, INC., ) | |
| GLOCK AMERICA N.V., ) | |
| GLOCK (H.K.) LTD., ) | |
| GLOCK PRIVATSTIFTUNG, ) | |
| VALUE PRIVATSTIFTUNG, ) | |
| CON HOLDING Ges.m.b.H., ) | |
| CONSULTINVEST, INC., ) | |
| STEPHAN DOERLER, ) | |
| CHARLES M. J. EWERT, ) | |
| FITOX A.G., INC HOLDING ) | |
| Ges.m.b.H., ) | |
| JOERG-ANDREAS LOHR, ) | |
| LOHR + COMPANY G.m.b.H., ) | |
| PETER S. MANOWN, ) | |
| JOHANN QUENDLER, ) | |
| ROCHUS G.m.b.H., ) | |
| KARL WALTER, and ) | |
| HUBERT WILLAM, ) | |
| ) | |
| Defendants. ) | |

1329295.1

1

## NOTICE OF SPECIAL APPEARANCE

The undersigned attorney hereby submits this notice of special appearance on behalf of Defendants Gaston Glock, Sr., CON Holding, GmBH, INC Holding, GmBH, Value *Privatstiftung*, Glock *Privatstiftung*, Glock Ges.m.b.H., and Stephan Doerler.  This appearance is for the sole purpose of requesting an extension of time to answer or otherwise respond to Plaintiff's complaint.  By this limited, special appearance, Glock, Sr., CON Holding, GmBH, INC Holding, GmBH, Value *Privatstiftung*, Glock *Privatstiftung*, Glock Ges.m.b.H., and Doerler do not submit to the jurisdiction of the Court on the merits of Plaintiff's Complaint.  To the contrary, Glock, Sr., CON Holding, GmBH, INC Holding, GmBH, Value *Privatstiftung*, Glock *Privatstiftung*, Glock Ges.m.b.H., and Doerler hereby expressly reserve all available defenses to the Complaint, including but not limited to (1) insufficiency of service of process; (2) insufficiency of venue; and (3) lack of jurisdiction.

This 1st day of June, 2015.

                                      Respectfully submitted,

                                      */s/ Amanda Seals Bersinger*
                                      Amanda Seals Bersinger
                                      Georgia Bar  No. 502720
                                      bersinger@bmelaw.com

BONDURANT, MIXSON
 & ELMORE, LLP
3900 One Atlantic Tower
1201 W. Peachtree Street, N.W.
Atlanta, Georgia  30309
Tel. (404) 881-4100
Fax (404) 881-4111

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing NOTICE OF SPECIAL APPEARANCE was prepared in Times New Roman, 14 point font, in accordance with Local Rule 5.1.

　　　　　　　　　　　　　　　*/s/ Amanda Seals Bersinger*
　　　　　　　　　　　　　　　Amanda Seals Bersinger
　　　　　　　　　　　　　　　Georgia Bar  No. 502720
　　　　　　　　　　　　　　　bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
Tel. (404) 881-4100
Fax (404) 881-4111

*Counsel for Defendants Glock, Inc.,*
*Consultinvest, Inc., Karl Walter,*
*Glock (H.K.) Limited, Fitox AG,*
*Prof. Dr. Jorg-Andreas Lohr,*
*LOHR + COMPANY GmbH,*
*Rochus GmbH, Glock, Sr., CON*
*Holding, GmbH, INC Holding,*
*GmBH, Value Privatstiftung,*
*Glock Privatstiftung, Glock Ges.m.b.H.,*
*and Stephan Doerler*

1329295.1

3

## CERTIFICATE OF SERVICE

I, Amanda Seals Bersinger, hereby certify that on June 1, 2015 I electronically filed the foregoing NOTICE OF SPECIAL APPEARANCE with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

John DaGrosa Smith, Esq.
jdsmith@smithhorvath.com

Kristina Michele Jones, Esq.
Kjones@smithlit.com

Christopher Evan Parker, Esq.
cparker@millermartin.com

Tate Michael Keenan
tkeenan@millermartin.com

and served a copy by U.S. Mail to the following parties:

Peter Manown
230 Natchez Road
Dadeville, AL 36853

>*/s/ Amanda Seals Bersinger*
> Amanda Seals Bersinger
> Georgia Bar No. 502720
> bersinger@bmelaw.com

BONDURANT, MIXSON & ELMORE, LLP
3900 One Atlantic Center
1201 W. Peachtree Street, N.W.
Atlanta, Georgia 30309
1329295.1

Tel. (404) 881-4100
Fax (404) 881-4111

*Counsel for Defendants Glock, Inc.,
Consultinvest, Inc., Karl Walter,
Glock (H.K.) Limited, Fitox AG,
Prof. Dr. Jorg-Andreas Lohr,
LOHR + COMPANY GmbH,
Rochus GmbH, Glock, Sr., CON
Holding, GmbH, INC Holding,
GmBH, Value Privatstiftung,
Glock Privatstiftung, Glock Ges.m.b.H.,
and Stephan Doerler*

1329295.1