# Exhibit B



Organigramm
GLOCK Beteiligungen USA