# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK<br>　　Plaintiff,<br><br>　　　　v.<br><br>GASTON GLOCK SR., *et al.*,<br>　　Defendants. | No. 1:14-CV-3249-TWT |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Helga Glock, by and through her undersigned counsel, files this Notice of Dismissal of Without Prejudice of Defendants Glock Privatstiftung and Value Privatstiftung pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and 41(a)(1)(B).

This 10th day of August 2015.

/s/ Kristina M. Jones
John Da Grosa Smith
jdsmith@smithlit.com
Georgia Bar No. 660946

Kristina M. Jones
kjones@smithlit.com
Georgia Bar No. 435145

SMITH LLC
1320 Ellsworth Industrial Blvd.
Suite A1000
Atlanta, GA 30318
Tel: 404-605-9680
Fax: 404-935-5226

*Counsel for Plaintiff Helga Glock*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK<br>    Plaintiff,<br><br>              v.<br><br>GASTON GLOCK SR., *et al.*,<br>    Defendants. | No. 1:14-CV-3249-TWT |

## CERTIFICATE OF SERVICE

I, Kristina M. Jones, hereby certify that on August 10, 2015 I caused to be electronically filed the foregoing ***NOTICE OF DISMISSAL WITHOUT PREJUDICE*** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Kristina M. Jones
Kristina M. Jones
kjones@smithlit.com
Georgia Bar No. 435145