IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HELGA GLOCK,

   Plaintiff,

    v.

GASTON GLOCK, SR., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3249-TWT

**ORDER**

This is a RICO action. It is before the Court on the Motion to Dismiss [Doc. 16] of the Defendant Manown which is DENIED without prejudice as moot in light of the filing of an Amended Complaint. The Plaintiff's Motion to Stay [Doc. 31] is DENIED in light of the decision of the Court of Appeals reversing Judge Pannell's Order in 1:13-cv-02598-CAP-LTW. The Plaintiff's Motion to Expedite Consideration of Plaintiff's Motion to Stay [Doc. 32] is DENIED as moot.

SO ORDERED, this 18 day of August, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Glock\stay.wpd