**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| HELGA GLOCK, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| v. | ] | CIVIL ACTION FILE NO.: |
| | ] | 1:14-cv-03249-TWT |
| GLOCK, INC., *et al.* | ] | |
| | ] | |
| Defendants. | ] | |

---

## DEFENDANT HUBERT WILLAM'S CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT

---

In accordance with Fed. R. Civ. P. 7.1 and LR 3.3, NDGa., Defendant Hubert Willam hereby submits his Certificate of Interested Persons & Corporate Disclosure Statement, showing the Court as follows:

1.    **Willam certifies that the following is a full and complete list of all known parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

   a.    Plaintiff Helga Glock, *an individual*

   b.    Defendant Gaston Glock, Sr., *an individual*

   c.    Defendant Glock GES.M.B.H., *a corporation*

   d.    Defendant Glock, Inc., *a corporation*

1

e.      Glock America, N.V., *a corporation*

f.      Glock (H.K.) LTD., *a corporation*

g.      Glock Privatstiftung, *a corporation*

h.      Value Privatstiftung, *a corporation*

i.      Con Holding Ges.m.b.H, *a corporation*

j.      Consultinvest, Inc., *a corporation*

k.      Stephan Doerler, *an individual*

l.      Charles M. J. Ewert, *an individual*

m.      Fitox, A.G., *a corporation*

n.      Inc Holding, Ges.m.b.H., *a corporation*

o.      Joerg-Andreas Lohr, *an individual*

p.      Lorh + Company G.m.b.H., *a corporation*

q.      Peter S. Manown, *an individual*

r.      Johann Quendler, *an individual*

s.      Rochus G.m.b.H., *a corporation*

t.      Karl Walter, *an individual*

u.      Hubert Willam, *an individual*

Willam does not current have knowledge of the ownership structure of any of the companies listed as parties.

2.      **Willam further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations that *may* have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Unknown at this time.

3.      **The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

*For Plaintiff Helga Glock*:

> **Smith LLC**
> John Da Grosa Smith
> Kristina M. Jones

*For Defendant Hubert Willam*:

> **Miller & Martin PLLC**
> Christopher E. Parker
> Michael P. Kohler
> Tate M. Keenan

*For Defendants Glock, Inc., Consultinvest, Inc., Gaston Glock, Sr., Glock Ges.M.B.H., Glock (H.K.) Ltd., Con Holding Ges.m.b.H, Stephan Doerler, Fitox, A.G., INC Holding, Ges.m.b.H., Joerg-Andreas Lohr, Rochus G.m.b.H., Karl Walter:*

**Bondurant Mixson & Elmore, LLP**
John Earl Floyd
Ronan P. Doherty
Tiana Scogin Mykkeltvedt
Amanda Kay Seals Bersinger

*Pro se:*

Peter S. Manown
230 Natchez Road
Dadeville, Alabama 36853

This 25th day of September, 2015.

**MILLER & MARTIN PLLC**

By:  /s/Christopher E. Parker
Christopher E. Parker
Georgia Bar No.  562152
Michael P. Kohler
Georgia Bar No. 427727

1180 West Peachtree Street, N.W.
Suite 2100
Atlanta, Georgia 30309-3407
Tel. No.: (404) 962-6100
Fax No.: (404) 962-6300
Email:  cparker@millermartin.com
mkohler@millermartin.com

***Attorneys for Defendant Hubert Willam***

4

## CERTIFICATE OF SERVICE

I hereby certify that on the below date I electronically filed the foregoing **DEFENDANT Hubert Willam's CERTIFICATE OF INTERESTED PERSONS & CORPORATE DISCLOSURE STATEMENT** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

**For the Plaintiff:**
John Da Grosa Smith: jdsmith@smithlit.com
Kristina Michele Jones: kjones@smithlit.com

**For Defendants: Glock, Inc., Consultinvest, Inc., Glock GES.M.B.H., Glock (H.K.) LTD., Con Holding Ges.m.b.H, Stephan Doerler, Fitox, A.G., Inc Holding, Ges.m.b.H., Joerg-Andreas Lohr, Rochus G.m.b.H., Karl Walter:**
John Earl Floyd: floyd@bmelaw.com
Ronan P. Doherty: doherty@bmelaw.com
Tiana Scogin Mykkeltvedt: mykkeltvedt@bmelaw.com
Amanda Kay Seals Bersinger: bersinger@bmelaw.com

By first class U.S. mail to:

Peter Manown
230 Natchez Road
Dadeville, Alabama 36853

This 25th day of September, 2015.

**MILLER & MARTIN PLLC**

By: /s/Christopher E. Parker
Christopher E. Parker
Georgia Bar No. 562152

1180 West Peachtree Street, N.W., Suite 2100
Atlanta, Georgia 30309-3407
Tel. No.: (404) 962-6100
Fax No.: (404) 962-6300
Email: cparker@millermartin.com
***Attorneys for Defendant Hubert Willam***