IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HELGA GLOCK,

   Plaintiff,

    v.

GASTON GLOCK, SR., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3249-TWT

**ORDER**

This is a RICO action.  The Court's Order of November 23, 2015 [Doc. 152] is vacated.

SO ORDERED, this 9 day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\14\Glock\vacate.wpd