IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. |
| | ) 1:14-cv-03249-TWT |
| GASTON GLOCK SR., et al, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For good cause shown, the Court GRANTS Defendants' Motion for Leave to File Under Seal Exhibits to Defendants' Motion to Continue Stay.  Defendants may file under seal unredacted and complete copies of the filings from relevant Austrian litigation filed initially in support of the Third Enzinger Declaration [Doc. 134-2] and those in support of the Fourth Declaration of Dr. Michael Enzinger, both submitted in support of Defendants' Motion to Continue the Stay [Doc. 134].

SO ORDERED this 14th day of December, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
Chief United States District Judge

1376247.1