IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

HELGA GLOCK,

   Plaintiff,

    v.

GASTON GLOCK, SR., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:14-CV-3249-TWT

**ORDER**

This is a RICO action. It is before the Court on the Defendants Joerg-Andreas Lohr, Con Holding Ges.m.b.H, Consultinvest, Inc., Stephan Doerler, Fitox A.G., Gaston Glock, Sr., Glock (H.K.) Ltd., Glock America S.A., Glock Ges.M.B.H, Glock, Inc., INC Holding Ges.m.b.H, Lohr Company G.m.b.H., Rochus G.m.b.H, and Karl Walter's Motion to Dismiss [Doc. 165], the Defendant Hubert William's Motion to Dismiss [Doc. 166], and the Defendant Peter Manown's Motion to Dismiss [Doc. 167] which are DENIED as moot in light of the filing of a Second Amended Complaint.

T:\ORDERS\14\Glock\mtdeaf.wpd

SO ORDERED, this 21 day of September, 2016.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge