UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| HELGA GLOCK,<br><br>    Plaintiff,<br><br>vs.<br><br>GASTON GLOCK, SR., et al.,,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:14-cv-3249-TWT |

## J U D G M E N T

This action having come before the court, Honorable THOMAS W. THRASH, JR., Chief United States District Judge, for consideration of the Motions to Dismiss of the defendants Gaston Glock Sr., Glock Ges.m.b.H., Glock, Inc., Glock America S.A., Glock (H.K.) Ltd., CON Holding GmbH, Joerg-Andreas Lohr, Lohr + Company GmbH Wirtschaftsprüngsgesellschaft, Rochus GmbH, Karl Walters, Hubert William and Peter Manown, it is hereby

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants recover their costs of this action, and the action be, and the same hereby, is **DISMISSED with prejudice.**

Dated at Atlanta, Georgia, this 20th day of March, 2017.

                JAMES N. HATTEN
                CLERK OF COURT

            By: s/Jennifer Lee
               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
 March 20, 2017
James N. Hatten
Clerk of Court

By: s/Jennifer Lee
   Deputy Clerk