# Bondurant Mixson & Elmore LLP

**RONAN P. DOHERTY**

WRITER'S DIRECT DIAL
(404) 881-4138
DOHERTY@BMELAW.COM

May 24, 2017

<u>**VIA ECF/CMF**</u>

Ms. Sheila Sewell
Courtroom Deputy Clerk for
Chief Judge Thomas W. Thrash, Jr.
Richard B. Russell Federal Building
United States Courthouse
75 Spring Street, S.W.
Atlanta, Georgia  30303-3309

    Re:  *Helga Glock v. Gaston Glock Sr., et al*
          U.S.D.C. for the Northern District of Georgia; Civil Action File No. 1:14-cv-03249-TWT

Dear Ms. Sewell:

    I write pursuant to Local Rule 83.1(e)(3) to notify you that I will take a leave of absence from June 29 through July 16, 2017 for travel outside of the country, and to request that this case not be calendared during that period.

                                              Very truly yours,

                                              */s/Ronan P. Doherty*

                                              Ronan P. Doherty
                                              Georgia Bar No. 224885

RPD/wc

cc:    All counsel of record (via the CM/ECF system)
        Peter Manown (via U.S. Mail)